United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |

Date: July 16, 2025
Docket #: 24-2718
Short Title: Farrington v. Poole

DC Docket #: 9:22-cv-356
DC Court: NDNY (SYRACUSE)
DC Judge: Trial Judge - Anne M. Nardacci

## NOTICE OF SUBMISSION DATE
## FOR DETERMINATION OF APPEAL

**Submission Date:**   Wednesday, September 3, 2025

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of submission. The Court will consider the motion or stipulation at the time of submission, and counsel's appearance is not required. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.